176

796 A.2d 893

THEODORE JOHNSON, PLAINTIFF–PETITIONER, v. BENJAMIN
MOORE & COMPANY, DEFENDANT–RESPONDENT.

April 29, 2002.

Petition for certification is granted, and the matter is summarily remanded to the trial court for reconsideration of the judgment in the light of plaintiff's February 5, 2002, receipt of Patent No. U.S. 6,343,934 B1 for his "Mural in a Can."

Jurisdiction is not retained.